NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1425

CORUS STAAL BV,

Plaintiff-Appellant,

v.

UNITED STATES and DEPARTMENT OF COMMERCE,

Defendants-Appellees,

and

UNITED STATES STEEL CORPORATION,

Defendant-Appellee,

and

ARCELORMITTAL USA INC.,

Defendant.

Appeal from the United States Court of International Trade
in case no. 07-00221, Judge Judith M. Barzilay.

ON MOTION

## O R D E R

Upon consideration of the motion for an extension of time for the appellant to file its reply brief,

IT IS ORDERED THAT:

The motion is granted. The reply brief is due no later than January 25, 2010.

FOR THE COURT

DEC 1 8 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Joel D. Kaufman, Esq.
       William A. Fennell, Esq.
       Claudia Burke, Esq.
       Jeffrey D. Gerrish, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 8 2009

JAN HORBALY
CLERK